FILED
SUPERIOR COURT
OF GUAM

2018 MAY 24 AM 9: 13

CLERK OF COURT

By:

## IN THE SUPERIOR COURT
## OF GUAM

PEOPLE OF GUAM,

               Plaintiff,

    vs.

ROLAND VINCENT BORJA,

               Defendant.

Criminal Case No. CF0068-15

**DECISION & ORDER**

## INTRODUCTION

This matter came before the Honorable Michael J. Bordallo on Defendant Roland Vincent Borja's March 21, 2018 Motion to Reduce Sentence. Assistant Public Defender James Spivey, Jr. represents Defendant. Assistant Attorney General James Collins represents the People of Guam. Having considered the arguments, record, and applicable law, the Court issues the following Decision and Order denying Defendant Borja's Motion to Reduce Sentence.

## BACKGROUND

This matter arises out of Defendant's conviction by jury trial of numerous felonies in the first degree and one misdemeanor. After sentencing, Defendant appealed his conviction to

ORIGINAL

the Supreme Court of Guam. The Supreme Court of Guam, in <u>People v. Borja</u>, 2017 Guam 20, affirmed Defendant's conviction. On March 21, 2018, Defendant filed the present motion seeking to reduce his twenty-five year sentence of imprisonment. Acknowledging the severity of his crimes and the effects they had on those involved, Defendant moves this Court for leniency and mercy. The People did not file an opposition in response.

## ISSUES

Whether the Court will reduce the sentence imposed on Defendant Borja.

## FACTS

1. After a trial by a jury of his peers, Defendant Borja was convicted of the following offenses: First Degree Criminal Sexual Conduct (As a First Degree Felony), First Degree Criminal Sexual Conduct (As a First Degree Felony), two counts of Second Degree Criminal Sexual Conduct (As a First Degree Felony), two counts of Second Degree Criminal Sexual Conduct (As a First Degree Felony), and Child Abuse (As a Misdemeanor).

2. The Court imposed the following sentence on Defendant:

    a. For charges one and two of First Degree Sexual Conduct (As a First Degree Felony), count one of charge three of Second Degree Criminal Sexual Conduct (As a First Degree Felony), and count one of charge four of Second Degree Criminal Sexual Conduct (As a First Degree Felony), merged for the purpose of sentencing, Defendant is sentenced to twenty five (25) years incarceration;

    b. For count two of charge three of Second Degree Criminal Sexual Conduct (As a First Degree Felony) and count two of charge four of Second Degree Criminal Sexual Conduct (As a First Degree Felony), merged for the purpose of

sentencing, Defendant is sentenced to ten (10) years incarceration, to run concurrent with the sentence above;

   c. For the offense of Child Abuse (As a Misdemeanor), Defendant is sentenced to one (1) year incarceration, to run concurrent with the sentences above.

   d. Defendant shall serve a total of twenty five (25) years incarceration at the Department of Corrections, Mangilao.

3. On appeal, Defendant did not challenge the validity of his sentence.

4. Defendant is 58 years old.

## PRINCIPLES OF LAW

### Motion to Reduce Sentence

If the sentence at issue was lawfully imposed, then a Motion to Reduce that sentence is "simply to allow the [trial] court to decide if, on further reflection, the original sentence now seems unduly harsh." U.S. v. Maynard, 485 F.2d 247, 248 (9th Cir. 1973). A Motion to Reduce is essentially a motion for leniency, and is "addressed to the discretion of the sentencing court." U.S. v. Eastman, 743 F.2d 1322, 1324 (9th Cir. 1984).

## ANALYSIS

Here, Defendant Borja has made a plea of leniency. Defendant's sentence was not challenged and there is no determination that the sentence is invalid. After further reflection, the Court determines that the imposed sentence is not unduly harsh and thus, reducing the sentence is not appropriate in this matter. The Court acknowledges Defendant's age, but is without any further considerations to justify a reduction. The crimes Defendant Borja were convicted of were forcible and grievous violations of Guam law. Additionally, instead of

consecutive sentences for the multiple convictions, the Court sentenced Defendant Borja to concurrent sentences. Accordingly, the Court will not reduce Defendant Borja's sentence.

## CONCLUSION AND ORDER

Based on the foregoing, the Court DENIES Defendant Roland Vincent Borja's Motion to Reduce Sentence.

SO ORDERED, this 24th day of _____ 2018.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

SERVED VIA COURT BOX
I acknowledge that a copy of the
Original hereto was placed in the
court box of:

AG'S / APD

5/24/18    9:15a
Date:          Time:

JC